**Robert S. BALLARD, Plaintiff-Appellant,**

v.

**Carolee MULLINS; William Goodman; Ashlee Barnes, Defendants-Appellees.**

**No. 17-6061**

United States Court of Appeals, Fourth Circuit.

Submitted: May 25, 2017

Decided: May 31, 2017

Robert S. Ballard, Appellant Pro Se. Yvonne Bulluck Ricci, Assistant Attorney General, Raleigh, North Carolina, for Appellees.

Before MOTZ, THACKER, and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert S. Ballard appeals the district court's order granting Defendants' motion for summary judgment and dismissing Ballard's 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Ballard v. Mullins*, No. 5:15-ct-03045-H (E.D.N.C. Sept. 26, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*